FILED
MAR - 2 2010
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Tyrone Julius, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 10 0332 |
| | ) | |
| Jones Saff, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OPINION

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant plaintiff's application and dismiss the complaint for lack of subject matter jurisdiction.

The subject matter jurisdiction of the federal district courts is limited and is set forth generally at 28 U.S.C. §§ 1331 and 1332. Under those statutes, federal jurisdiction is available only when a "federal question" is presented or the parties are of diverse citizenship and the amount in controversy exceeds $75,000. A party seeking relief in the district court must at least plead facts that bring the suit within the court's jurisdiction. *See* Fed. R. Civ. P. 8(a). Failure to plead such facts warrants dismissal of the action. *See* Fed. R. Civ. P. 12(h)(3).

Plaintiff, a District of Columbia homeless resident (*see* Compl. Attachment), sues an individual either residing or working in the District of Columbia. He seeks $999,999,999,999 in damages. The basis of the complaint is unclear but plaintiff appears to allege that defendant assaulted him, although the complaint attachment suggests otherwise. In any event, the

complaint neither presents a federal question nor provides a basis for diversity jurisdiction because the parties are not of diverse citizenship. Accordingly, it will be dismissed. A separate Order accompanies this Memorandum Opinion.

/s/ Henry H. Kennedy, Jr.
United States District Judge

Date: February 19, 2010